AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Anita Poon

Plaintiff (s),

V.

Al Jazeera America, LLC et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 14-cv-04584-PJH

Notice is hereby given that, subject to approval by the court, __Anita Poon__ substitutes
(Party (s) Name)

__Mark C. Thomas__, State Bar No __215580__ as counsel of record in
(Name of New Attorney)

place of __Jade Butman and Eric Grover__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Brownstein Thomas, LLP

Address: 353 Sacramento St., Ste 1140, San Francisco, CA 94111

Telephone: (415) 986-1338    Facsimile (415) 986-1231

E-Mail (Optional): mark@brownsteinthomas.com

I consent to the above substitution.

Date: 7/24/2015

(Signature of Party (s))

I consent to being substituted.

Date: 7/24/2015

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/24/2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 30, 2015

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]